IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| TODD RAY BLACKMON, #129084, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 1:06-cv-835-MEF |
| | ) |
| JAMES DELOACH, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 27, 2006 (Doc. #2), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the petition for habeas corpus relief is DISMISSED without prejudice to afford petitioner an opportunity to exhaust all available state court remedies.

DONE this the 17th day of October, 2006.

                                                /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE